IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| EARL L CLOSSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C06-4095 MWB |
| | ) | |
| | ) | JUDGMENT FOR ATTORNEY FEES |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| MICHAEL J ASTRUE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter came before the Court.  The issues have been decided and a decision has

been  rendered.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of the plaintiff and against the defendant.  The court awards

$3,678.37 (three-thousand six-hundred seventy eight dollars and thirty-seven cents)  in attorney

fees to Closson.


DATED: May 27th,  2008


Robert L Phelps
Clerk
S/src
(By) Deputy Clerk